IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ITT CORPORATION, | ) |
| Plaintiff, | ) ) ) Civil Action No. 2:13-1589 |
| v. | ) ) |
| ACE AMERICAN INSURANCE COMPANY, AND ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, Plaintiff ITT Corporation and Defendants ACE American Insurance Company and ACE Property and Casualty Insurance Company, by and through their respective counsel of record, hereby stipulate and agree to the dismissal with prejudice of this entire action, including all claims and counterclaims for relief in the Complaint and the Counterclaim, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees, costs and expenses.

Dated: June 25, 2013

Eric D. Freed (PA Bar No. 39252)
efreed@cozen.com
Abby J. Sher (PA Bar No. 308755)
asher@cozen.com
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215-665-3724

*Attorney for Defendant ACE American Insurance Co. and ACE Property and Casualty Insurance Co.*

Paul A. Zevnik (PA Bar No. 43453)
pzevnik@morganlewis.com
Jessica L. Anders (PA Bar No. 203236)
janders@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215-963-5000

David A. Luttinger, Jr. (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000

*Attorneys for Plaintiff ITT Corporation*

**Certificate of Service**

I hereby certify that on June 25, 2013, a copy of the foregoing Stipulation for Dismissal with Prejudice was served on those registered via the Court's ECF system.

/s/ Jessica L. Anders
Jessica L. Anders